Stuart Price, Esq. (SBN:150439)
Price Law Group, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
Tel: 818-907-2030
stuart@pricelawgroup.com
Attorneys for Plaintiff
Kimberly Garrett

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY GARRETT,<br><br>　　　　Plaintiff,<br>v.<br><br>CREDIT ONE BANK, N.A. and DOES 1 through 10,<br><br>　　　　Defendant(s). | Case No.: 2:15-cv-08865-RSWL-PLA<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kimberly Garrett and Defendant Credit One Bank, N.A. have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Dismissal with Prejudice within the next forty-five (45) days. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

///

///

///

///

DATED this 24th day of February, 2017

**PRICE LAW GROUP, APC**

By: /s/ Stuart Price
Stuart Price, Esq.
stuart@pricelawgroup.com
Attorneys for Plaintiff
Kimberly Garrett

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record in this matter

/s/ Sandra Padilla