JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY GARRETT,<br><br>    Plaintiff,<br>  vs.<br><br>CREDIT ONE BANK, N.A.<br><br>    Defendant. | Case No.: 2:15-cv-08865-RSWL-PLA<br><br>**ORDER** |

PURSUANT TO THE STIPULATION all claims of Plaintiff Kimberly Garrett against Defendants Credit One Bank, N.A. are dismissed with prejudice with each to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 3/29/2017

s/ RONALD S.W. LEW
Hon. Ronald S. W Lew
Senior U.S. District Judge

- 1 -

ORDER